# United States District Court
# For The Western District of North Carolina
# Statesville Division

STEVEN DONEWAN CARR,

        Petitioner,                          JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:12CV83-1-V

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 9, 2012, Order.

                                              Signed: July 9, 2012

*[Signature: Frank G. Johns]*

                                              Frank G. Johns, Clerk
                                              United States District Court